**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 542 MAL 2016

                         :

            Respondent   :   Petition for Allowance of Appeal from

                         :   the Order of the Superior Court

                         :

          v.               :

                         :

                         :

VIRGIL RIVERA,              :

                         :

            Petitioner     :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.